UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOHN PETER SPARACINO,

    Plaintiff,

v.

AVI CASINO,

    Defendant.

2:12-CV-14 JCM (PAL)

**ORDER**

Presently before the court is the report and recommendation of Magistrate Judge Peggy Leen (doc. #6) regarding plaintiff's motion to proceed in forma pauperis (doc. #1). No objections have been filed.

Upon review of the magistrate judge's recommendation and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the report and recommendation of Magistrate Judge Peggy Leen (doc. #6) regarding plaintiff's motion to proceed in forma pauperis (doc. #1) be, and the same hereby is, AFFIRMED in its entirety.

IT IS THEREFORE ORDERED that plaintiff's motion to proceed in forma pauperis (doc. #1) be, and the same hereby is, DENIED and the action be DISMISSED without prejudice to plaintiff's ability to commence a new action in which he either pays the appropriate filing fee in full or submits a completed application to proceed in forma pauperis.

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1  The clerk of the court shall enter judgment accordingly.

2  DATED March 23, 2012.

*[signature: James C. Mahan]*
UNITED STATES DISTRICT JUDGE