1
2
3
4
5   **UNITED STATES DISTRICT COURT**
6   **DISTRICT OF NEVADA**
7

8   JOHN PETER SPARACINO,                    2:12-CV-14 JCM (PAL)

9            Plaintiff,

10  v.

11  AVI CASINO,

12           Defendant.

13

14                          **ORDER**

15       Presently before the court is the report and recommendation of Magistrate Judge Peggy Leen

16  (doc. #6) regarding plaintiff's motion to proceed in forma pauperis (doc. #1).  No objections have

17  been filed.

18       Upon review of the magistrate judge's recommendation and good cause appearing,

19       IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the report and

20  recommendation of Magistrate Judge Peggy Leen (doc. #6) regarding plaintiff's motion to proceed

21  in forma pauperis (doc. #1) be, and the same hereby is, AFFIRMED in its entirety.

22       IT IS THEREFORE ORDERED that plaintiff's motion to proceed in forma pauperis (doc.

23  #1) be, and the same hereby is, DENIED and the action be DISMISSED without prejudice to

24  plaintiff's ability to commence a new action in which he either pays the appropriate filing fee in full

25  or submits a completed application to proceed in forma pauperis.

26  . . .

27  . . .

28

**James C. Mahan**
**U.S. District Judge**

1     The clerk of the court shall enter judgment accordingly.

2     DATED March 23, 2012.

3

4                                                       

                           **UNITED STATES DISTRICT JUDGE**

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28